IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **MORIAH DEMARTINO,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Case No. 1:15-cv-03134-GLR** |
| **HAGERSTOWN COMMUNITY COLLEGE, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of all claims in this case.

| | |
|---|---|
| /s/ Steven L. Tiedemann | /s/ David M. Wyand |
| Steven L. Tiedemann (Bar No. 24794) | David M. Wyand (Bar No. 23413) |
| 10451 Mill Run Circle, Ste. 400 | Email: dwyand@rosenbergmartin.com |
| Owings Mills, Maryland 21117 | Rosenberg Martin Greenberg, LLP |
| (410) 356-8837 | 25 S. Charles Street, Suite 2115 |
| (443) 293-8877 Fax | Baltimore, Maryland 21201 |
| steve@hardhatlegal.com | (410) 727-6600 (phone) |
| | (410) 727-1115 (fax) |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |